**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by Letitia James, Attorney General of the State of New York, | No. 1:26-cv-01401-BKS-MJK |
| Plaintiffs, | Judge Brenda K. Sannes |
| v. | Magistrate Judge Mitchell J. Katz |
| 3M COMPANY; EIDP, INC.; THE CHEMOURS COMPANY, INC.; THE CHEMOURS COMPANY FC, LLC; CORTEVA, INC.; DUPONT DE NEMOURS, INC. | |
| Defendants. | |

**DEFENDANT 3M COMPANY'S NOTICE OF FILING**

Pursuant to Local Rule 3.4(b), Defendant 3M Company submits this notice of filing to inform the Court that it has sought transfer of this action to the *In re Aqueous Film-Forming Foams Multidistrict Litigation*, No. 2873. 3M's Notice of Potential Tag-Along Action, filed with the Judicial Panel on Multidistrict Litigation on July 20, 2026, is attached as Exhibit 1.

Dated: July 20, 2026

Respectfully submitted,

By: */s/ Allison N. Douglis*
Allison N. Douglis
N.D.N.Y. Bar. No. 704713
Joanna Wright (motion for admission forthcoming)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Phone: 212-891-1600
Fax: 212-891-1699
adouglis@jenner.com
jwright@jenner.com

Daniel L. Ring (motion for admission forthcoming)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Phone: 312-222-9350
Fax: 312-527-0484
DRing@jenner.com

*Counsel for 3M Company*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing by mail and/or electronic mail to the

following as indicated below:

**By Mail:**

Jennifer C. Simon
Kyle Burns
Sabita Krishnan
Assistant Attorney General
Environmental Protection Bureau
Office of the New York Attorney General
28 Liberty Street, 19th Floor
New York, New York 10005

Brendan McGrath
Assistant Attorney General
Environmental Protection Bureau
Office of the New York Attorney General
The Capitol
Albany, New York 12224

*Counsel for Plaintiffs*

EIDP, INC.
The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

*Defendant*

THE CHEMOURS COMPANY, INC.
The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

*Defendant*

THE CHEMOURS COMPANY FC, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

*Defendant*

CORTEVA, INC.
The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

*Defendant*

DUPONT DE NEMOURS, INC.
The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

*Defendant*


Dated: July 20, 2026                    By: */s/ Allison N. Douglis*
                                            Allison N. Douglis