NIXON PEABODY

Nixon Peabody LLP
677 Broadway, 10th Floor
Albany, NY 12207-2996

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

**Tina Sciocchetti**
Partner

T / 518.427.2677
F / 844.826.1037
tsciocchetti@nixonpeabody.com

September 23, 2026

***Via ECF***

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261

Re: Request for an Extension of Time to File Opposition to Motion to Remand
*People of the State of New York v. 3M Company et al.,* Case No. 1:26-cv-01401

Dear Judge Sannes:

I write on behalf of Defendant 3M Company ("3M") to respectfully request a 10-day extension of time, up to and including October 9, 2026, for 3M to file its Opposition to Plaintiff's Motion to Remand (Docket No. 41).

We thank the Court for its consideration.

Sincerely,

Tina Sciocchetti
Partner